# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

ROLLING STONE, LLC,                          *
                                             *
    Plaintiff,                               *
                                             *
v.                                           *          Civil Action No. 1:23-cv-10741 (LJL)
                                             *
DEPARTMENT OF JUSTICE,                       *
                                             *
    Defendant.                               *
                                             *
\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## PROOF OF SERVICE

Plaintiff attaches Proof of Service for Plaintiff's Complaint. According to the United States Postal Service ("USPS") tracking system, summons have been delivered to Defendant Department of Justice, as well as the U.S. Attorney for the Southern District of New York and the U.S. Attorney General.

Plaintiff provides the following legend connecting the tracking numbers in the attached document to the respective addressees for the Court's convenience:

9507106713963349500945 – U.S. Attorney for the Southern District of New York

9507106713963349500921 – Department of Justice and U.S. Attorney General

Service was accordingly effected on 22 December 2023.

Date:   December 28, 2023

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
S.D.N.Y. Bar #KM1958
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9507106713963349500921

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:07 am on December 22, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
December 22, 2023, 5:07 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                        ⌄

**USPS Tracking Plus®**                                          ⌄

**Product Information**                                          ⌄

See Less ⌃

**Tracking Number:**                                      Remove ✕

# 9507106713963349500945

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:17 pm on December 18, 2023 in NEW YORK, NY 10007.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

NEW YORK, NY 10007
December 18, 2023, 2:17 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ∨

Track Another Package

Enter tracking or barcode numbers

Feedback

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs