# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

ROLLING STONE, LLC,

    Plaintiff,

v.                     Civil Action No. 1:23-cv-10741 (LJL)

DEPARTMENT OF JUSTICE,

    Defendant.

## ORDER

UPON CONSIDERATION OF Plaintiff's Motion for Partial Summary Judgment, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2024,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____
Lewis J. Liman
United States District Judge