```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/8/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROLLING STONE, LLC,

      Plaintiff,

  -v-

DEPARTMENT OF JUSTICE,

      Defendant.
-------------------------------------------------------------------X

23-cv-10741 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

  Plaintiff Rolling Stone, LLC filed a letter motion to expedite this case on April 12, 2024. Dkt. No. 26.  The letter noted that the Defendant, the Department of Justice, opposes the request. *Id.* at 1.  Defendant is hereby ordered to respond to Plaintiff's motion to expedite by no later than May 17, 2024.

  SO ORDERED.

Dated: May 8, 2024
   New York, New York

                  LEWIS J. LIMAN
                  United States District Judge