

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 10, 2024

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

    Re:  *Rolling Stone LLC v. Department of Justice*, 23 Civ. 10741 (LJL)

Dear Judge Liman:

    This Office represents Defendant the United States Department of Justice (the "Government") in the above action.  We write to respectfully request a 7-day extension of time for Defendant to file its opposition to Plaintiff's motion for partial summary judgment and Plaintiff's letter motion to compel the FBI to request an *Open America* stay, from May 22, 2024, to May 29, 2024.

    The reason for this request is that the Office requires additional time to coordinate with the FBI and prepare a response.  This is the Government's first request for an extension of these deadlines.  Plaintiff consents to the requested extension.

    Thank you for your consideration of this matter.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney

By:    */s/ Danielle J. Marryshow*
    DOMINIKA TARCZYNSKA
    DANIELLE J. MARRYSHOW
    Assistant United States Attorneys
    Tel. (212) 637-2748/2689
    Fax (212) 637-2686/2750
    dominika.tarczynska@usdoj.gov
    danielle.marryshow@usdoj.gov
    *Attorney for Defendant*