# NATIONAL SECURITY COUNSELORS

4702 LEVADA TERRACE

ROCKVILLE, MD  20853

—

TELEPHONE: (301) 728-5908
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in DC, NY, WA)
     EMAIL: KEL@NATIONALSECURITYLAW.ORG
BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in DC, IL)

22 May 2024

Hon. Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States District Courthouse
500 Pearl Street
New York, NY  10007

Re:    *Rolling Stone, LLC v. DOJ*, Case No. 23-10741

Dear Judge Liman:

On behalf of Plaintiff Rolling Stone, LLC, I respectfully submit this letter motion to respectfully request a one-week extension of the filing deadline for Plaintiff's reply briefs in support of its motion for partial summary judgment and motion to compel, both filed on 12 April 2024. These briefs are due 14 June.[1] Defendant consents to this Motion.

I have good cause to file this Motion. When the parties discussed the briefing schedule for these motions, they agreed that Defendant's opposition briefs should be due 22 May and Plaintiff's reply briefs should be due 14 June. After the Court granted that scheduling motion, Defendant filed a motion—with my consent—requesting a one-week extension, until 29 May, which the Court granted. I am accordingly requesting a one-week extension to preserve the roughly three-week period between the briefs.

Sincerely,

Kel McClanahan
Counsel for Plaintiff Rolling Stone

---

[1] The statement in the Court's Memorandum and Order, Dkt. #32, that these briefs are due 11 June appears to be a scrivener's error. On 9 April, I filed a motion requesting, *inter alia*, a 14 June deadline for these briefs, and the Court entered a text-only order granting that motion without any modifications the same day.