IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROLLING STONE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES<br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 23-cv-10741 |

# Exhibit A

----START MESSAGE---- Subject: eFOIA Request Received Sent: 2023-11-30T04:29:16.569480+00:00 Status: sent Message:

## Organization Representative Information

| | |
|---:|:---|
| Organization Name | Rolling Stone LLC |
| Prefix | |
| First Name | Kel |
| Middle Name | |
| Last Name | McClanahan |
| Suffix | |
| Email | foia+rawnsley@nationalsecuritylaw.org |
| Phone | 3017285908 |
| Location | United States |

## Domestic Address

| | |
|---:|:---|
| Address Line 1 | 4702 Levada Terrace |
| Address Line 2 | |
| City | Rockville |
| State | Maryland |
| Postal | 20853 |

## Agreement to Pay

| | |
|---:|:---|
| How you will pay | I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and will enter that maximum amount in the box below. |
| Allow up to $ | 1 |

## Proof Of Affiliation for Fee Waiver

**Waiver Explanation**

> Rolling Stone is one of the most widely read magazines in the United States, and Adam Rawnsley is a political and national security reporter with an extensive pedigree. As of this writing, the top story on Rolling Stone is the obituary of Kissinger written by Spencer Ackerman, https://www.rollingstone.com/politics/politics-news/henry-kissinger-war-criminal-dead-1234804748 Rolling Stone clearly has the reach and the editorial skills to contribute significantly to public understanding of the operations or activities of the government, which would be undeniably implicated in records about one of the country's most well-known governmental figures and, more importantly, in FBI activities related to him. And it goes without saying that Rolling Stone has no commercial interest in these records.

**Documentation Files**

## Deceased Individual

**Prefix**

**First Name** Henry

**Middle Name**

**Last Name** Kissinger

**Suffix**

**ARN**

**SSN**

**FBI Number**

**Date of Birth** 1923/05/27

**Place of Birth**

**Date of Death** 2023/11/29

**Additional Information**

> On behalf of my client Rolling Stone LLC, and in particular its reporter Adam Rawnsley, I request all FBI records about Henry Kissinger. This may not be limited to "main file records" or records located in the CRS. In addition to searching the CRS for cross-references, we specifically request all information about Kissinger located by a full-text search of Sentinel as well as all email records in the New York and Washington Field Offices which contain the word "Kissinger." Given Kissinger's prominence and the fact that he continued to interact with the highest levels of the U.S. government until his death (see, e.g., the document bates-stamped "FBI (19cv1278)-6667" which was an email chain between senior Trump campaign officials obtained during the Mueller Investigation), it is highly probable that records mentioning his name would be located in these systems yet not included in the CRS because they would be unlikely to be "of investigative interest." An obituary can be found at https://www.washingtonpost.com/obituaries/2023/11/29/henry-kissinger-dead-obituary/. Please release all responsive records in electronic form.

**Supporting documentation**

## Expedite

**Expedite Reason**

> Rolling Stone, a well-recognized representative of the news media primarily engaged in the dissemination of information, is requesting these records to satisfy an urgent need to inform the public about actual or alleged federal government activity, namely, the activities of FBI and other agencies in which Kissinger, an extremely polarizing figure in many circles, played a direct or indirect role, or even those activities, like the Mueller Investigation, where FBI was looking into his activities. Kissinger's death and the opportunity it presents for obtaining these long-sought-after records are the very definition of a breaking news story which concerns a matter of current exigency to the public. Furthermore, the above reasons clearly demonstrate that this is a matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence.

\*\*

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

\*\*

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the 'Check Status of Your FOI/PA Request tool' link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.

----END MESSAGE----