

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 16, 2024

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

      Re: *Rolling Stone LLC v. Department of Justice*, 23 Civ. 10741 (LJL)

Dear Judge Liman:

      This Office represents Defendant the United States Department of Justice ("DOJ" or the "Government") in the above action. We write on behalf of the parties in accordance with this Court's order directing the parties to submit a letter requesting a status conference on Defendant's anticipated motion for summary judgment. *See* Dkt. No. 40.

      The parties have conferred, and are available for a conference at the Court's convenience during the following dates and times:

- August 7, 2024 to August 9, 2024: 1:00 p.m. to 3:00 p.m.
- August 19, 2024 to August 23, 2024: 10:00 a.m. to 3:00 p.m.

Thank you for your consideration of this matter.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney

By:   */s/ Danielle J. Marryshow*
      DOMINIKA TARCZYNSKA
      DANIELLE J. MARRYSHOW
      Assistant United States Attorneys
      Tel. (212) 637-2748/2689
      Fax (212) 637-2686/2750
      dominika.tarczynska@usdoj.gov
      danielle.marryshow@usdoj.gov
      *Attorney for Defendant*