U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 7, 2025

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:  *Rolling Stone LLC v. Department of Justice*, 23 Civ. 10741 (LJL)

Dear Judge Liman:

We write on behalf of the Defendant the United States Department of Justice (the "Government") defendant in this action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  This case concerns a FOIA request submitted by Plaintiff to the FBI seeking records related to Henry Kissinger.  We write to provide the Court with a status report.

Since the Government's November 8, 2024 status letter, the FBI has continued to make monthly productions of documents and upload them to its FOIA Library, known as The Vault.  *See* FBI Records: The Vault, *Henry Kissinger*, https://vault.fbi.gov/henry-kissinger (last visited February 7, 2025).  There have been three interim productions since the Government's November 8, 2024 status letter:

- For its November 15, 2024 interim response, the FBI processed 506 pages. Of these, 104 pages were publicly released and uploaded on the Vault.

- For its December 13, 2024 interim response, the FBI processed 523 pages. Of these, 205 pages were publicly released and uploaded on the Vault.

- For its January 15, 2025 interim response, the FBI processed 502 pages. Of these, 71 pages were publicly released and uploaded on the Vault.

The FBI intends to continue processing documents and releasing any responsive, non-exempt records on a monthly basis.  The next interim production is scheduled to be released on February 14, 2025.

Currently, the Government estimates that processing the rest of the records will take approximately four months.  However, that may be subject to change if additional searches are required or the FBI is continuing to wait for consultations with other agencies.

Thank you for your consideration of this matter.

        Respectfully,

        DANIELLE R. SASSOON
        United States Attorney

By:   */s/ Danielle J. Marryshow*
      DOMINIKA TARCZYNSKA
      DANIELLE J. MARRYSHOW
      Assistant United States Attorneys
      Tel. (212) 637-2748/2689
      Fax (212) 637-2686/2750
      dominika.tarczynska@usdoj.gov
      danielle.marryshow@usdoj.gov
      *Attorney for Defendant*