**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 8, 2025

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

      Re:  *Rolling Stone LLC v. Department of Justice*, 23 Civ. 10741 (LJL)

Dear Judge Liman:

      We write on behalf of the Defendant the United States Department of Justice (the "Government") defendant in this action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  This case concerns a FOIA request submitted by Plaintiff to the FBI seeking records related to Henry Kissinger ("the Request").  We write to provide the Court with a further status report.

      Since the Government's February 7, 2025 status letter, the FBI has processed and provided monthly responses to the Request including, as appropriate, publicly releasing non-exempt responsive documents by uploading them to its FOIA Library, known as The Vault.  *See* FBI Records: The Vault, *Henry Kissinger*, https://vault.fbi.gov/henry-kissinger (last visited May 8, 2025).  The FBI has provided three interim responses to the Request since the Government's February 7, 2025 status letter:

- For its February 14, 2025 interim response, the FBI processed 511 pages.  These pages were referred to other agencies for consultation and have not yet been publicly released.

- For its March 14, 2025 interim response, the FBI processed 502 pages. Of these, 113 pages were publicly released and uploaded on the Vault.  The remaining pages were referred to other agencies for consultation and have not yet been publicly released.

- For its April 15, 2025 interim response, the FBI processed 502 pages. Of these, 240 pages were publicly released and uploaded on the Vault.  Of the remaining pages, all were referred to other agencies for consultation and have not yet been publicly released except for 9 pages that were either removed as duplicates or pursuant to a FOIA Exemption.

      The next interim production is scheduled to be released on May 15, 2025.

2

Currently, the Government estimates the processing of FBI-held records will be completed by May 15, 2025. However, as indicated above, there are numerous records that are still subject to outstanding consults with other agencies. As those records are returned to the FBI, the FBI plans to conduct a final review of those files and release them to the Vault. The Government will continue to keep the Court apprised of the status of future productions.

Thank you for your consideration of this matter.

    Respectfully,

    JAY CLAYTON
    United States Attorney

By:     */s/ Danielle J. Marryshow*
    DOMINIKA TARCZYNSKA
    DANIELLE J. MARRYSHOW
    Assistant United States Attorneys
    Tel. (212) 637-2748/2689
    Fax (212) 637-2686/2750
    dominika.tarczynska@usdoj.gov
    danielle.marryshow@usdoj.gov
    *Attorney for Defendant*