**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 8, 2025

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

      Re: *Rolling Stone LLC v. Department of Justice*, 23 Civ. 10741 (LJL)

Dear Judge Liman:

      We write on behalf of the Defendant the United States Department of Justice (the "Government") defendant in this action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  This case concerns a FOIA request submitted by Plaintiff to the FBI seeking records related to Henry Kissinger ("the Request").  We write to provide the Court with a further status report.

      Since the Government's May 8, 2025 status letter, the FBI has processed and provided three monthly responses to the Request including, as appropriate, publicly releasing non-exempt responsive documents by uploading them to its FOIA Library, known as The Vault. *See* FBI Records: The Vault, Henry Kissinger, https://vault.fbi.gov/henry-kissinger.

      • For its May 15, 2025 interim response, the FBI released 412 pages. These pages were publicly released and uploaded on the Vault.

      • For its June 13, 2025 interim response, the FBI released 316 pages. These pages were publicly released and uploaded on the Vault.

      • For its July 15, 2025 interim response, the FBI released 281 pages. These pages were publicly released and uploaded on the Vault.

      The next interim response is scheduled to be released on August 15, 2025. In accordance with the Court's August 8, 2024 Order, the Government will submit its next status report of November 8, 2025.

Thank you for your consideration of this matter.

        Respectfully,

        JAY CLAYTON
        United States Attorney

By:   */s/ Dominika Tarczynska*
      DOMINIKA TARCZYNSKA
      DANIELLE J. MARRYSHOW
      Assistant United States Attorneys
      Tel. (212) 637-2748/2689
      Fax (212) 637-2686/2750
      dominika.tarczynska@usdoj.gov
      danielle.marryshow@usdoj.gov
      *Attorney for Defendant*