*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 23, 2025

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

      Re:  *Rolling Stone LLC v. Department of Justice*, 23 Civ. 10741 (LJL)

Dear Judge Liman:

      We write on behalf of the Defendant the United States Department of Justice (the "Government") defendant in this action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). This case concerns a FOIA request submitted by Plaintiff to the FBI seeking records related to Henry Kissinger ("the Request"). We write to provide the Court with a further status report.[1]

      Since the Government's August 8, 2025 status letter, the FBI has processed and provided three interim responses to the Request including, as appropriate, publicly releasing non-exempt responsive documents by uploading them to its FOIA Library, known as The Vault. *See* FBI Records: The Vault, *Henry Kissinger*, https://vault.fbi.gov/henry-kissinger (last visited December 23, 2025).

- For its August 15, 2025 interim response, the FBI released 507 pages. These pages were publicly released and uploaded on the Vault.

- For its September 15, 2025 interim response, the FBI released 60 pages. These pages were publicly released and uploaded on the Vault.

- For its November 28, 2025 interim response, the FBI released 58 pages. These pages were publicly released and uploaded on the Vault.

      All remaining pages are subject to outstanding consults with other agencies. As those records are returned to the FBI, the FBI plans to conduct a final review of those files and release

---

[1] In accordance with Judge Swain's Amended Standing Order, all deadlines in this action were tolled and extended for the duration of the shutdown—43 days. *See* Standing Order M10-468, Case No. 25-mc-433 (LTS), ECF No. 3.

them to the Vault. In accordance with the Court's August 8, 2024 Order, the Government will submit its next status report on March 23, 2026.

Thank you for your consideration of this matter.

                                                Respectfully,

                                                JAY CLAYTON
                                                United States Attorney

By:    */s/ Danielle J. Marryshow*
        DOMINIKA TARCZYNSKA
        DANIELLE J. MARRYSHOW
        Assistant United States Attorneys
        Tel. (212) 637-2748/2689
        Fax (212) 637-2686/2750
        dominika.tarczynska@usdoj.gov
        danielle.marryshow@usdoj.gov
        *Attorney for Defendant*