**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

June 23, 2026

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

     Re:  *Rolling Stone LLC v. Department of Justice*, 23 Civ. 10741 (LJL)

Dear Judge Liman:

     We write on behalf of the Defendant the United States Department of Justice (the "Government") defendant in this action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  This case concerns a FOIA request submitted by Plaintiff to the FBI seeking records related to Henry Kissinger ("the Request").  We write to provide the Court with a further status report.

     Since the Government's March 23, 2026 status letter, the FBI has processed and provided three interim responses to the Request including, as appropriate, publicly releasing non-exempt responsive documents by uploading them to its FOIA Library, known as The Vault.  *See* FBI Records: The Vault, *Henry Kissinger*, https://vault.fbi.gov/henry-kissinger (last visited June 23, 2026).

- For its March 31, 2026 interim response, the FBI released 264 pages.  These pages were publicly released and uploaded on the Vault.

- For its April 30, 2026 interim response, the FBI released 19 pages.  These pages were publicly released and uploaded on the Vault.

- For its May 29, 2026 interim response, the FBI released 5 pages.  These pages were publicly released and uploaded on the Vault.

     All remaining pages are subject to outstanding consults with other agencies.  As those records are returned to the FBI, the FBI plans to conduct a final review of those files and release them to the Vault. In accordance with the Court's August 8, 2024 Order, the Government will submit its next status report on September 23, 2026.

     Thank you for your consideration of this matter.

Respectfully,

JAY CLAYTON
United States Attorney

By:    */s/ Danielle J. Marryshow*
DOMINIKA TARCZYNSKA
DANIELLE J. MARRYSHOW
Assistant United States Attorneys
Tel. (212) 637-2748/2689
Fax (212) 637-2686/2750
dominika.tarczynska@usdoj.gov
danielle.marryshow@usdoj.gov
*Attorney for Defendant*